THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RUSSELL G. BRYANT, Appellant.— Judgment of conviction affirmed. All concur. (The judgment convicts defendant of the crime of burglary, third degree.) Present — Taylor, P. J., Dowling, Harris, Larkin and Love, JJ.

MAYNARD E. GARDNER, Respondent, v. BERT H. BENTLEY, Appellant.— Judgment affirmed, without costs of this appeal to either party. All concur. (The judgment directs defendant to convey to plaintiff realty and personalty pursuant to contract in an action for specific performance for the sale of a drug store.) Present — Taylor, P. J., Dowling, Harris, Larkin and Love, JJ.

In the Matter of the Accounting of ANTOINETTE PELTON, as Executrix of EDWIN C. PELTON, Deceased, Respondent. JAMES W. BENNINSON, as Special Guardian for LOUISE S. PELTON et al., Infants, Appellant; FIRST BANK & TRUST COMPANY OF UTICA, as Administrator, C. T. A. of the Estate of MAUDE M. PELTON, Deceased, Respondent.— Appeal dismissed, without costs to any party. Memorandum: The order appealed from is an intermediate order which does not affect any substantial rights of the infants-appellants. The Surrogate has not yet ordered a sale of the decedent's real estate for payment of debts. The interests of the infants can be adequately protected in the proceeding to sell the decedent's real estate. The executrix has not appealed in this matter. (See Surrogate's Court Act, § 288; *Matter of Kelly* v. *Langevin,* 153 App. Div. 322; *Matter of Kennedy,* 156 Misc. 166; *Matter of Prentice,* 160 N. Y. 568.) All concur. (The order strikes out the answer of appellant and grants the prayer of petitioner that the real property of decedent be sold for payment of debts in a proceeding to compel the executrix to institute a proceeding for the sale of real estate.) Present — Taylor, P. J., Dowling, McCurn, Larkin and Love, JJ.

CHARLES McINTYRE, Respondent, v. SAMUEL STEWART, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. All concur. (The portion of the order appealed from denies defendant's motion to dismiss the complaint in a malpractice action.) Present — Taylor, P. J., Harris, McCurn, Larkin and Love, JJ.

JENNIE Q. PRATT et al., Respondents, v. VILLAGE OF SENECA FALLS, Appellant, et al., Defendants.— Judgment and order affirmed, with costs. All concur, except Larkin, J., who dissents and votes for reversal and for dismissal of the complaint on the authority of *Stakel* v. *City of Batavia* (260 N. Y. 628). (The judgment is for plaintiffs in a negligence action. The order denies a motion for a new trial.) Present — Taylor, P. J., Harris, McCurn, Larkin and Love, JJ.

MARGARET FRANCIOSA, Plaintiff, v. SALVATORE FRANCIOSA, Appellant.— Judgment modified on the facts by striking therefrom the first ordering paragraph thereof and by inserting in place thereof the following: " Ordered, Adjudged and Decreed that Thomas H. Crone, former attorney of record for the defendant, Salvatore Franciosa, recover from the defendant, Salvatore Franciosa, the sum of $232.88, without costs and that execution issue therefor," and as modified affirmed, without costs of this appeal to either party. Certain findings of fact and conclusions of law disapproved and reversed and new findings made. All concur. (The judgment awards the attorney for the defendant attorney's fees.) Present — Taylor, P. J., Harris, McCurn, Larkin and Love, JJ.